UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEAN TRACEY PICARD,<br><br>                        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                        Defendant. | NO: 2:14-CV-0121-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 25). Pursuant to the parties' stipulation, the Commissioner's decision regarding Plaintiff's applications for disability benefits under Titles II and XVI of the Social Security Act is reversed and remanded to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

///

///

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

**ACCORDINGLY, IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand (ECF No. 25) is **GRANTED**. The Commissioner's decision regarding Plaintiff's applications for disability benefits under Titles II and XVI of the Social Security Act is **REVERSED** and **REMANDED** for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

2. On remand, the Appeals Council will instruct the Administrative Law Judge to (1) further evaluate the nature and severity of the claimant's recurrent eczema; (2) further evaluate the medical source opinions, including, but not limited to, Ruben Beezy, M.D. and Carol Hilby, M.D.; (3) evaluate the opinions of the claimant's treating physician assistants, John Clover, PA-C and Jeanne Ellern, PA-C, in accordance with Social Security Ruling 06-3p; (4) further evaluate the claimant's residual functional capacity; (5) further evaluate the claimant's credibility; (6) if warranted, obtain supplemental medical expert testimony; (7) obtain vocational expert testimony to determine if the claimant has the residual functional capacity to perform the mental and physical demands of his past relevant work as he actually performed his work or as generally performed in the national economy; and (8) if warranted, proceed to step five of the sequential evaluation process.

3. Plaintiff's pending Motion for Summary Judgment (ECF No. 21) is

1 | **DENIED** as moot.

2 | The District Court Executive is directed to file this Order, enter

3 | **JUDGMENT** for Plaintiff, provide copies to counsel, and **CLOSE** the file.

4 | **DATED** June 12, 2015.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 3