# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DEAN TRACEY PICARD, *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, *Defendant* | Civil Action No. 2:14-CV-0121-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Commissioner's decision regarding Plaintiff's applications for disability benefits under Titles II and XVI of the Social Security Act is REVERSED and for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered in favor of Plaintiff

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    THOMAS O. RICE    on a Stipulated Motion for Remand (ECF No. 25).

Date: June 12, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen